**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF** CENTRAL DISTRICT OF CALIFORNIA

# Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: CV 21-7040-GW-MARx

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 08/31/2021

Date of judgment or order you are appealing: 03/10/2022

Docket entry number of judgment or order you are appealing: 126

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff - Appellant Brittany A. Stillwell

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

1055 W 7th STREET, 33rd FLOOR

City: LOS ANGELES State: CA Zip Code: 90017

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Brittany A. Stillwell **Date** 03/26/2022

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Plaintiff - Appellant Brittany A. Stillwell

Name(s) of counsel (if any):

Address: 1055 W 7th STEET, 33rd FLOOR, LOS ANGELES, CA 90017

Telephone number(s): 702-907-1908

Email(s): INFO@BRITTSTILLWELL.COM

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ◉ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Defendant - Appellee Fashion Nova, LLC
Defendant - Appellee FN Logistics, LLC

Name(s) of counsel (if any):

Dale A. Hudson (CA SBN 81948); dhudson@nixonpeabody.com
Mark S. Zhai (CA SBN 287988); mzhai@nixonpeabody.com
Staci J. Riordan (CA SBN 232659); sriordan@nixonpeabody.com

Address: 300 South Grand Ave, Suite 4100, Los Angeles, CA 90071

Telephone number(s): 213-629-6000

Email(s): dhudson@nixonpeabody.com, mzhai@nixonpeabody.com, sriordan@n

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit? ○ Yes ○ No

---

**Appellees**

Name(s) of party/parties:

Defendant - Appellee Richard D. Saghian; Defendant - Appellee Erica A. Meierhans; Defendant - Appellee Staci J. Riordan

Name(s) of counsel (if any):

Dale A. Hudson (CA SBN 81948); dhudson@nixonpeabody.com
Mark S. Zhai (CA SBN 287988); mzhai@nixonpeabody.com

Address: 300 South Grand Ave, Suite 4100, Los Angeles, CA 90071

Telephone number(s): 213-629-6000

Email(s): dhudson@nixonpeabody.com; mzhai@nixonpeabody.com

---

Name(s) of party/parties:

Defendant - Appellee Nixon Peabody, LLP

Name(s) of counsel (if any):

Dale A. Hudson (CA SBN 81948); dhudson@nixonpeabody.com
Mark S. Zhai (CA SBN 287988); mzhai@nixonpeabody.com

Address: 300 South Grand Ave, Suite 4100, Los Angeles, CA 90071

Telephone number(s): 213-629-6000

Email(s): dhudson@nixonpeabody.com; mzhai@nixonpeabody.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2022 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

Date: March 26, 2022

/s/ Brittany A. Stillwell, Plaintiff-Appellant
Appearing in Pro Per