**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRITTANY A. STILLWELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>FASHION NOVA, LLC, a California Limited Liability Company; et al.<br><br>Defendants. | Case No. CV 21-7040-GW-MARx<br><br>**ORDER ON DEFENDANTS' SUPPLEMENTAL BRIEF REGARDING ADDITIONAL FEES INCURRED IN ACCORDANCE WITH THE COURT'S ORDER AWARDING DEFENDANTS ATTORNEYS' FEES UNDER CAL. CIV. PROC. CODE § 425.16(c)(1)**<br><br>**Honorable George H. Wu** |

Having reviewed Defendants Fashion Nova LLC, FN Logistics LLC, Richard D. Saghian, Erica A. Meierhans, and Staci J. Riordan's (collectively, "Moving Defendants") Supplemental Brief regarding additional fees that they incurred in connection with preparing a Reply Brief and attending the hearing with respect to their Motion for Attorneys' Fees under Cal. Civ. Proc. Code § 425.16(c)(1), and having found good cause to do so, the Court hereby modifies its Order of March 10, 2022 (Dkt. No. 126) as follows:

For the reasons set forth in the Court's Tentative Ruling (Dkt. No. 113), the Court hereby AWARDS Moving Defendants an additional **$10,262.00** for fees incurred attributed to the Reply Brief and the Court hearing on January 31, 2022 regarding Moving Defendants' Fees Motion (in addition to the initial fees award of $22,910.75), bringing the total of fees awarded to Moving Defendants and against Plaintiff Brittany A. Stillwell in connection with Anti-SLAPP Motion striking Plaintiff's original Complaint to **$33,172.75**.

**IT IS SO ORDERED.**

Date: March 30, 2022 By: ____ George H. Wu

**Honorable George H. Wu**
**United States District Judge**