UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 13 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

BRITTANY ANN STILLWELL,

Plaintiff - Appellant,

v.

FASHION NOVA, LLC, a California Limited Liability Company; et al.,

Defendants - Appellees,

and

DANIEL R. MARKEL, an individual and DOES, 1 through 10,

Defendants.

No. 22-55312

D.C. No. 2:21-cv-07040-GW-MAR
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered March 22, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7